**EXHIBIT "B"**

**Certified Copy Transcript**

# In The Matter Of:

## Kalie Mutter vs. Heritage Management Group, Inc. et al

### Deposition of Shahram Rezaiamiri, MD

January 15, 2020



**AccuTran, Inc.**
*---certified court reporters---*
707 Whitlock Avenue
Suite A42
Marietta, Georgia 30064
Phone: 770-426-9705
Fax: 770-426-9706
production@accutrancr.com
www.accutrancourtreporters.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

KALIE MUTTER,                )
      Plaintiff,      )CIVIL ACTION, FILE
                             )
  V.                         )NO. 1:19-cv-02623-LMN
                             )
HERITAGE MANAGEMENT           )
GROUP, INC., INDIAN           )
RIVER TRANSPORT CO.,          )
and DAVID HILL,               )
      Defendants.     )

\* \* \*

Videotaped Deposition of SHAHRAM REZAIAMIRI, M.D.

January 15, 2020

2:00 p.m.

South Atlanta Neurosurgery

900 Eagles Landing Parkway

Stockbridge, Georgia 30281

Reported By: Diane A. Parnell, CCR, RPR, A-123

\* \* \*

AccuTran, Inc.

Certified Court Reporters

707 Whitlock Avenue

Suite A-42

Marietta, Georgia 30064

(770) 426-9706

```
 1    I almost never give anybody more than 50.  For leg
 2    pain, she has a better chance.  But for back pain
 3    the success rate -- there are different reports.
 4              The reports go from 39 percent to
 5    80 percent.  I don't believe the studies that say
 6    80 percent because I have seen plenty.
 7              And also the time -- the time factor
 8    is -- when you do a fusion, yeah, the success rate
 9    may be 70, 80 percent but it's only for a year or
10    two, and then the pain come back with a vengeance.
11    So -- so normally I give people 50 percent chance
12    for both laser and fusion.
13         Q    Okay.
14         A    Better for leg pain.
15         Q    Now, I know it looks like the last time
16    you saw Ms. Mutter would have been in April 2018.
17    Is that correct?
18         A    Correct.
19         Q    If Ms. Mutter is continuing to have back
20    pain, based on what you've talked about, your
21    understanding of the literature, your training and
22    experience in the field, would you expect more
23    likely than not she's going to continue to have back
24    pain for the remainder of her life at this point?
25              MR. SCOTT:  Objection.
```



AccuTran, Inc.
770-426-9705

```
 1              THE WITNESS:  Can I answer that question?
 2   BY MR. CAMPBELL:
 3        Q    Yes.
 4        A    Yeah.  So your question is do I expect her
 5   to have pain down the line?
 6        Q    Yeah.  I know you haven't seen her since
 7   April 2018.
 8        A    That's right.
 9        Q    But if Ms. Mutter has testified that she's
10   continued to have low-back pain to this day --
11        A    Yeah.
12        Q    -- just based on your training and
13   experience in the field, other patients, would you
14   expect that more likely than not, that back pain is
15   going to continue for her day in and day out for the
16   remainder of her life?
17              MR. SCOTT:  Objection.
18              THE WITNESS:  Well, hopefully -- hopefully
19        we'll get better over time.  And hopefully it
20        will be more intermittent than severe, constant
21        back pain all the time.
22              I do expect her to have problems.  Not so
23        much from the surgery, from just the disc
24        herniations.  Because some people think because
25        of the surgery she's going to have pain.  It's
```



AccuTran, Inc.
770-426-9705

Shahram Rezaiamiri, MD
January 15, 2020

35

```
 1       from her condition.  I expect her to have off
 2       and on pain, you know, for many years.
 3  BY MR. CAMPBELL:
 4       Q    Okay.  And why is that?
 5            MR. SCOTT:  Object to form, the
 6       responsiveness of the answer.
 7            You can continue.
 8            THE WITNESS:  Okay.  It's just in
 9       prognosis for this kind of -- you know, I have
10       seen people get better.  But statistically they
11       usually continue with pain.
12  BY MR. CAMPBELL:
13       Q    Let me ask you a more pointed question.
14  Looking at the -- the imaging that Ms. Mutter had as
15  it relates to her low back, and based on her
16  symptoms, based on your training and experience, do
17  you expect more likely than not she will continue to
18  have back pain in the future?
19            MR. SCOTT:  Objection.
20            THE WITNESS:  Correct.
21  BY MR. CAMPBELL:
22       Q    Okay.  Based on your education, training
23  and experience and all the information you've
24  reviewed as it relates to this case, what do you
25  believe brought on the low-back pain that you
```



AccuTran, Inc.
770-426-9705

Shahram Rezaiamiri, MD
January 15, 2020

36

```
 1   treated Ms. Mutter for?
 2        A    The accident.
 3             MR. SCOTT:  Objection.
 4             MR. CAMPBELL:  Now, I've got your bills
 5        here.  Let me just mark as an Exhibit 2 --
 6                  (Plaintiff's Exhibit No. 2
 7                  marked for identification.)
 8   BY MR. CAMPBELL:
 9        Q    Just a compilation of bills from this
10   case.
11        A    Okay.
12        Q    Give that to you, Doctor, real quick.
13        A    (Witness viewing exhibit.)
14        Q    And, Doctor, my first question for you is
15   do those appear to be the bills for the care and
16   treatment that you provided to Ms. Mutter?
17        A    Yes.
18        Q    It looks like there is both facility --
19   are there both facility charges and provider
20   charges?
21        A    Probably.
22        Q    Why would that be?
23        A    Well, there is two parts:  The Surgery
24   Center, the surgery facility; and then the
25   professional fee.
```



AccuTran, Inc.
770-426-9705